# Court of Appeals
# of the State of Georgia

ATLANTA,    August 11, 2015    

*The Court of Appeals hereby passes the following order:*

**A15D0505.  QUENTIN ANTONIA MALLORY v. THE STATE.**

Quentin Antonia Mallory filed an application for discretionary review from the trial court's order denying his motion to modify the probationary portion of his sentence, pursuant to OCGA §§ 5-6-35 and 42-12-8. Neither of these statutes, however, mandate the filing of an application for discretionary appeal.   There is no provision of OCGA § 5-6-35 (a) that requires an application for discretionary appeal from a trial court's order denying a motion to modify a sentence.[1]

If an applicant applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Mallory shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] An application is not required under the Prison Litigation Reform Act of 1996 because this is not a civil matter.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997); OCGA § 42-12-1 et seq.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/11/2015__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*